

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**LISA VISCARDI, ESQ.**
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646
LViscardi@SobelPevzner.com

*Long Island Office*
464 New York Avenue, Suite 100
Huntington, New York 11743
Tel (631) 549-4677
Fax (631) 549-0826
**\*\*Kindly respond to the NYC Office\*\***

May 24, 2021

**VIA Electronic Filing**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Omar Lahbabi and Sara Belhaj v.*
               *Francisco Alexander Soler and A. Duie Pyle*
               Case No.: 1:21-cv-03765-PAE

Dear Honorable Judge Engelmayer:

This firm represents the defendants, **Francisco Alexander Soler and A. Duie Pyle**, in the above referenced matter.

Please allow this letter to serve as our official request for an adjournment of the Initial Pretrial Conference, currently scheduled for May 28th, 2021, to June 11th, 2021. This is the first request for an adjournment in this matter, all parties consent to the requested adjournment and dates, and no further dates will be affected by this request.

Thank you for your assistance in this matter, should there be any problem or questions please do not hesitate to contact the undersigned at our New York City offices.

Very truly yours,
SOBEL PEVZNER, LLC

*/s/ Lisa M. Viscardi*
LISA VISCARDI, ESQ.

Granted. The initial pretrial conference currently scheduled for May 28, 2021 at 2:00 p.m. is rescheduled for June 15, 2021 at 2 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

May 25, 2021