UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR LAHBABI and SARA BELHAJ,

                        Plaintiffs,

-v-

FRANCISCO ALEXANDER SOLER and
A. DUIE PYLE, INC.,

                        Defendants.

21 Civ. 3765 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, the initial pretrial conference currently scheduled for June 15, 2021 at 2 p.m. is rescheduled for June 18, 2021 at 11 a.m.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: June 9, 2021
         New York, New York