UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR LAHBABI and SARA BELHAJ,

                                      Plaintiffs,

-v-

FRANCISCO ALEXANDER SOLER and
A. DUIE PYLE, INC.,

                                      Defendants.

21 Civ. 3765 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In observance of Juneteenth, the Southern District of New York will be closed tomorrow, June 18, 2021. Accordingly, the initial pretrial conference currently scheduled for June 18, 2021 at 11 a.m. is rescheduled for June 21, 2021 at 12 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2021
       New York, New York