UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR LAHBABI and SARA BELHAJ,

                                  Plaintiffs,

             -v-

FRANCISCO ALEXANDER SOLER and
A. DUIE PYLE, INC.,

                                  Defendants.

21 Civ. 3765 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court hereby reschedules the telephonic conference with the parties on November 16, 2021 at 3 p.m. to November 17, 2021 at 4 p.m.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      _____
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: November 8, 2021
           New York, New York