UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

OMAR LAHBABI and SARA BELHAJ,

                     Plaintiff,

-v-

FRANCISCO ALEXANDER SOLER and
A. DUIE PYLE, INC.,

                     Defendants.

21 Civ. 3765 (PAE)

Order

PAUL A. ENGELMAYER, District Judge:

      The parties are reminded that a case management conference in this case is scheduled for November 17, 2021, at 4 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: November 16, 2021
         New York, New York