UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

OMAR LAHBABI and SARA BELHAJ,

                              Plaintiffs,

            -v-

FRANCISCO ALEXANDER SOLER and
A. DUIE PYLE, INC.,

                              Defendants.

21 Civ. 3765 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court today held a case management conference and addressed, *inter alia*, extending the deadline for expert discovery. The Court set the following deadlines:

- November 23, 2021: Deadline for defense to provide expert report to plaintiffs' counsel.

- December 31, 2021: Deadline for plaintiffs to provide expert report to defense counsel.

- January 14, 2022: Close of expert discovery, including all depositions of expert witnesses.

Extensions of the above deadlines will not be granted.

By **February 7, 2022**, the parties shall submit to the Court a joint letter, not to exceed three pages in length, addressing the following topics in separate paragraphs: (1) the dates on which expert reports were exchanged and expert depositions, if any, taken; (2) the parties' availability for, and expected length of, trial; and (3) the nature of any potential pre-trial motions. The Court will take up such issues at a telephonic conference on **February 11, 2022, at 4 p.m**. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the**

2

**Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

htttps://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic

conferences and for instructions for communicating with chambers.

SO ORDERED.

                                               *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: November 17, 2021
       New York, New York